# EXHIBIT 1

**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) __Joelle Hernandez__  Case No. __19-04681__  Chapter __13__

All Cases: Moving Creditor __PNC Bank, National Association__  Date Case Filed __02/22/2019__

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __05/10/019__

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home  170 John St., New Lenox IL 60451
   b. ☐ Car  Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 08/08/2019  $ __120,559.74__
   Total of all other Liens against Collateral  $ __0.00__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __126000.00__

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____    Amount $ _____
   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __3__    Amount $ __3085.28__
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid   Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____
   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __August 15, 2019__    __/s/ Diana Carpintero__
                              Counsel for Movant

(Rev. 12 /21/09)

| Date Received | Amount Received | In/Out Debtor Suspense | Debtor Suspense Total | Contractual Date Paid | Post Pet Date Paid | PP Payment Suspense | PP Payment Suspense Total | Trustee Interest | Trustee Suspense | Trustee Suspense Total | Pre-Petition Payment (09/17 - 02/19) $9426.60 | Attorney fees/ Stat Costs/BPO ($4462.75) | Escrow Shortage ($276.41) Escrow Advance ($7137.34) Recoverable ($1720.58) | Pre- Property Inspection Fees ($240.00) | Pre-Late Fees/ NSF ($242.94) | MSP Suspense Total | Check # | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/2019 Chapter 13 filed | | | | | | | | | | | | | | | | | | Chapt 13 case # 19-04681 Loan contractually due 09/2017 First post due 03/2019 |
| 4/22/2019 | $1,030.00 | $1,030.00 | $1,030.00 | | | | $0.00 | | | $0.00 | | | | | | $1,030.00 | | |
| 4/22/2019 | $1,030.00 | $1,030.00 | $2,060.00 | | | | $0.00 | | | $0.00 | | | | | | $2,060.00 | | |
| 4/24/2019 | | ($2,057.76) | $2.24 | 9/1/2017 | 3/1/2019 | $31.94 | $31.94 | | | $0.00 | | | | | | $34.18 | | |
| 4/24/2019 | | | $2.24 | 10/1/2017 | 4/1/2019 | | $31.94 | | | $0.00 | | | | | | $34.18 | | |
| 5/17/2019 | $1,028.00 | $1,028.00 | $1,030.24 | | | | $47.91 | | | $0.00 | | | | | | $1,062.18 | | |
| 5/20/2019 | | ($1,028.88) | $1.36 | 11/1/2017 | 5/1/2019 | $15.97 | $47.91 | | | $0.00 | | | | | | $49.27 | | |
| | | | $1.36 | | | | $47.91 | | | $0.00 | | | | | | $49.27 | | |
| | | | $1.36 | | | | $47.91 | | | $0.00 | | | | | | $49.27 | | |
| | | | $1.36 | | | | $47.91 | | | $0.00 | | | | | | $49.27 | | |
| | | | $1.36 | | | | $47.91 | | | $0.00 | | | | | | $49.27 | | |
| | | | $1.36 | | | | $47.91 | | | $0.00 | | | | | | $49.27 | | |
| | | | $1.36 | | | | $47.91 | | | $0.00 | | | | | | $49.27 | | |
| | | | $1.36 | | | | $47.91 | | | $0.00 | | | | | | $49.27 | | |
| | | | $1.36 | | | | $47.91 | | | $0.00 | | | | | | $49.27 | | |
| | | | $1.36 | | | | $47.91 | | | $0.00 | | | | | | $49.27 | | |

| | | |
|---|---|---|
| Total Suspense | $1.36 | |
| PP Pmt Suspense | $49.27 | Due for 12/1/2017  6/1/2019 |
| Debtor Suspense | $47.91 | |
| Post 1 Suspense | $1.36 | |
| Post 1 Suspense | $0.00 | $1.36 |
| PPFN Suspense | $0.00 | |
| Trustee Suspense | $0.00 | |

| | | | |
|---|---|---|---|
| | current date | 8/7/2019 | |
| | days past due | -67 | |
| PCN's Filed POC | Effective | Amount | |

$47.91     $0.00    $0.00    $0.00    $0.00    $0.00