**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  Joelle Hernandez ) Case no. 19-04681
)
) Chapter 13
)
Debtor ) Judge:  Pamela S. Hollis
)

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Joelle Hernandez                                                                            David M Siegel
170 John St                                                                                     790 Chaddick Dr
New Lenox, IL  60451                                                                  Wheeling,IL 60090

Please take notice that on Friday, October 11, 2019 at 10:30 am, a representative of this office shall appear before the Honorable Judge Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Friday, September 6, 2019.

/s/ Louise Karmia

For:  Glenn Stearns, Trustee

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on February 22, 2019.
2. The debtor plan was confirmed on May 10, 2019.

A Summary of the debtor plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $700.00 | Last Payment Received: | April 09, 2019 |
| Amount Paid: | $1,125.00 | Amount Delinquent: | $2,825.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee                                           /s/ Gerald Mylander
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350                                                                    For:  Glenn Stearns, Trustee
Ph:  (630) 981-3888